

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000   FAX: 516.248.0677   WWW.KBRLAW.COM

# MEMORANDUM ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/5/2025

CARA A. O'SULLIVAN
DIRECT: 516.200.7906
COSULLIVAN@KBRLAW.COM

September 4, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

RE: Martinez v. Building Management Associates and SEBCO Development, Inc.
1:25-cv-00077

Dear Judge Woods:

As the Court is aware, this firm represents Defendant SEBCO Development, Inc. ("SEBCO") in the above-referenced action. We write this letter on behalf of all parties seeking: (1) additional time for all Defendants to answer, move or otherwise respond to the Complaint and (2) adjourn the Initial Pretrial Conference.

The instant action is a wage and hour matter and was referred to mediation on April 7, 2025. The parties held an initial mediation session on July 1, 2025. The mediation was to continue on August 8, 2025 and again on September 4, 2025. At this time, the parties are still discussing the possibility of settlement and exchanging pertinent information. Given the class action nature of this proceeding, additional time has been needed. In order to preserve resources, Defendants Building Management Associates, Inc. and SEBCO request that their respective responses to Plaintiff's Complaint be held in abeyance until approximately thirty (30) days post-mediation should the matter not resolve. As the parties are discussing with the mediator to resume negotiations in late September, Defendants request that they be allowed to answer, move or otherwise respond to the Complaint on or before October 27, 2025.

This is the fifth request by SEBCO and Fourth request by Building Management Associates for additional time to respond and is needed in order to prepare a response to the Complaint and, in light of the parties Court-ordered mediation, to preserve resources and determine next steps. Plaintiff consents to this request.

With respect to the Initial Pretrial Conference that is scheduled for September 9, 2025, all parties request that telephone conference be adjourned, based on the above, to one of the following dates: October 14, 15 or 16. This adjournment request does not affect any other dates.

We thank the Court for its kind consideration of these requests.

11418066

2

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Cara A. O'Sullivan

Application granted. Defendants' deadline to respond to Plaintiff's complaint is extended to October 27, 2025. The Initial Pretrial Conference is adjourned until October 15, 2025 at 3:00 p.m. In compliance with the Court's prior order, Dkt. No. 9, the parties must submit their joint letter and proposed case management plan by October 8, 2025.

SO ORDERED.
Dated: September 5, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2

11418066