

**Joseph Jeziorkowski** | Partner
**Daniel C. Folchetti** | Senior Counsel
2975 Westchester Ave Ste. 418 | Purchase, NY 10577
Main 914.730.2422 | Fax 909.677.2290
JJJ@valiantlaw.com | DCF@valiantlaw.com

## MEMORANDUM ENDORSED

October 8, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2025
```

*Via ECF*

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 21B
New York, New York 10007

      **RE:**    Martinez v. Building Management Associates, Inc., et ano.
               Case No.: 25-cv-00077 (GHW)

Dear Judge Woods:

This firm represents plaintiff Marvin Martinez ("Plaintiff" or "Mr. Martinez") in the above-referenced matter. Pursuant to Your Honor's Individual Rules we write jointly with counsel for Defendants Building Management Associates, Inc. ("BMA") and SEBCO Development, Inc. ("SEBCO") to request a thirty (30) day adjournment of the Initial Case Management Conference.

This wage and hour matter was referred to mediation in April 2025. Since that time, the Parties held mediation sessions on July 1, 2025 and August 8, 2025, and additional telephone conferences to further this effort and complete the exchange of relevant documents. Given the class nature of the claims, additional time was needed to identify and locate the relevant records. A further mediation session will occur in the next twenty-one (21) days. The Parties are grateful for the assigned mediator's assistance.

In the interest of preserving resources, the Defendants request that their respective responses to the Complaint, currently due October 27, 2025, be held in abeyance until thirty (30) days after the conclusion of mediation, should the matter not resolve. This is Defendants' sixth request for additional time to respond to the Complaint. Plaintiff consents to this request.

Relatedly, the Parties jointly request a thirty (30) day adjournment of the Initial Case Management Conference, currently scheduled for October 15, 2025. This is the second such request and does not otherwise affect any other dates in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

VALIANT LAW

*s/Joseph Jeziorkowski*
JOSEPH JEZIORKOWSKI
DANIEL FOLCHETTI

Application granted. The conference currently scheduled for October 15, 2025 is adjourned to November 13, 2025 at 3:00 p.m. The deadline for Defendants to respond to the complaint is extended to November 28, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.
Dated: October 8, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge