

**Joseph Jeziorkowski** | Partner
**Daniel C. Folchetti** | Senior Counsel
2975 Westchester Ave Ste. 418 | Purchase, NY 10577
Main 914.730.2422 | Fax 909.677.2290
JJJ@valiantlaw.com | DCF@valiantlaw.com

November 12, 2025

<u>*Via ECF*</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 21B
New York, New York 10007

      RE:    Martinez v. Building Management Associates, Inc., et ano.
                Case No.: 25-cv-00077 (GHW)

Dear Judge Woods:

This firm represents plaintiff Marvin Martinez ("Plaintiff" or "Mr. Martinez") in the above-referenced matter. Pursuant to Your Honor's Individual Rules we write jointly with counsel for Defendants Building Management Associates, Inc. ("BMA") and SEBCO Development, Inc. ("SEBCO") to provide a status report to the Court in advance of the Initial Case Management Conference scheduled for tomorrow.

As Your Honor may recall, this wage and hour matter was referred to mediation in April 2025. Since that time, the Parties held several mediation sessions in July and August, and additional telephone conferences with the mediator and between the Parties in furtherance of this effort and to pursue relevant documents. Given both the class nature of the claims, and the fact that several of the buildings involved are City owned or managed, locating the records has proven to be more challenging than expected, but these efforts continue in earnest.

Importantly, the Parties are committed to the mediation process and have maintained regular check-ins with the assigned mediator. It is fully expected a further mediation session will occur in the near term. Again, the Parties are grateful for the assigned mediator's assistance.

To this end, the Defendants request, albeit belatedly, a further adjournment of the preliminary conferenced specifically to continue the mediation efforts. Since the Defendants' responses to the Complaint are due November 28, 2025, the Parties request the Initial Case Management Conference be adjourned to this date, or to a date as soon thereafter as the Court may support.

This is the Parties' third request for an adjournment of the Preliminary Conference and does not otherwise affect any other dates in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

VALIANT LAW

*s/Joseph Jeziorkowski*
JOSEPH JEZIORKOWSKI
DANIEL FOLCHETTI


SIEGEL & REINER, LLP

*s/Richard DelValle*
RICHARD H. DEL VALLE


KAUFMAN BORGEEST & RYAN LLP

*s/Cara O'Sullivan*
CARA A. O'SULLIVAN