UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

MARVIN MARTINEZ,

                            Plaintiff,

                  -v-

BUILDING MANAGEMENT ASSOCIATES,
INC., *et al.*,

                         Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2026

1:25-cv-77-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 10, 2026, Defendant Building
Management Associates, Inc. is ordered to serve complete responses to all outstanding
interrogatories and requests for production on all other parties in this case. Defendant must do so
no later than April 20, 2026.

       SO ORDERED.

Dated: April 10, 2026
      New York, New York

                                          _____
                                          GREGORY H. WOODS
                                      United States District Judge